# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WALTER KIMBLE**                                                      **PLAINTIFF**

v.                               **No. 4:16-cv-195-DPM-PSH**

**RANDALL EOFF, Jail Administrator,**
**Conway County Detention Center;**
**MIKE SMITH, Sheriff, Conway County**
**Detention Center; ALISHA HARDY,**
**Grievance Officer, Conway County Detention**
**Center; and MIKE HARDY, Grievance**
**Officer, Conway County Detention**
**Center**                                                          **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, № 28. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The motion to dismiss, № 25, is denied. The Court looks forward to a recommendation on the summary judgment motion.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_15 August 2017_