# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

WALTER KIMBLE                                                              PLAINTIFF

v.                              No. 4:16-cv-195-DPM

RANDALL EOFF, Jail
Administrator, Conway County
Detention Center;   MIKE SMITH,
Sheriff, CCDC;   ALISHA HARDY,
Grievance Officer, CCDC;   and
MIKE HARDY, Grievance Officer,
CCDC                                                                       DEFENDANTS

## ORDER

Unopposed recommendation, № 30, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, № 21, is granted. Kimble's complaint, № 2, will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2017