IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALTER KIMBLE                                               PLAINTIFF

v.                          No. 4:16-cv-195-DPM

RANDALL EOFF, Jail
Administrator, Conway County
Detention Center; MIKE SMITH,
Sheriff, CCDC; ALISHA HARDY,
Grievance Officer, CCDC; and
MIKE HARDY, Grievance Officer,
CCDC                                                       DEFENDANTS

## JUDGMENT

Kimble's complaint, № 2, is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

30 November 2017